Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
1, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed June 1, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00383-CV

____________

 

IN RE JOHN W. SMALL, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On May 1, 2006, relator John W.
Small filed a petition for writ of mandamus in this Court, requesting we direct
the Honorable Mary Nell Crappito, presiding judge of County
Court No. 1, Galveston County, to deny any motion for enforcement of temporary
support filed by real party Murriah McMaster, to
reverse a contempt and commitment order holding relator
in contempt for failure to pay temporary support to McMaster, and to modify the
temporary support order.   See Tex. Gov=t Code Ann. '22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1.  

Because
relator has failed to establish he is entitled to the
requested mandamus relief, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

Petition Denied
and Memorandum Opinion filed June 1, 2006.

Panel consists of
Justices Hudson, Fowler and Seymore.